Brittney R. Dobbins, SBN 299768
Brittney@bdobbinsesq.com
**DOBBINS LAW**
9465 Wilshire Boulevard Suite 300, PMB #3140
Beverly Hills, CA 90212
Telephone: 770-727-3474

Attorneys for Plaintiff
DARRIN HENSON

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRIN HENSON**, an individual, <br><br> Plaintiffs, <br><br> **v.** <br> **SONY MUSIC ENTERTAINMENT**, **RICHMOND STREET PRODUCTIONS, LLC**, **EPIC GAMES, INC.**, **LANCE BASS**, an individual, **NICHOLAS PAULEY**, an individual, and **DOES 1 through 10**, inclusive, <br><br> Defendants. | CASE NO. 2:26-CV-07142 <br><br> **NOTICE OF INTERESTED PARTIES** <br><br> **[C.D. L.R. 7.1-1]** |

Pursuant to FRCP 7.1, and Central District Civ. Local Rule 7.1-1, the undersigned, counsel of record for plaintiff Darrin Henson ("Plaintiff"), certifies that the following list of parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

## INTERESTED PARTIES

1. Plaintiff Darrin Henson, an individual

2. Defendant Sony Music Entertainment, is a Delaware general partnership,

1

NOTICE OF INTERESTED PARTIES

its parent company is Sony Music Group;

3. Defendant Richmond Street Productions, LLC, is a California limited liability company, its parent company is Marvel Studio, LLC;

4. Defendant Epic Games, Inc., is a corporation organized under the laws of Maryland, it does not have a known parent company.

5. Lance Bass, an individual;

6. Nicholas Pauly, an individual.

The undersigned further certifies that the following is a full and complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

Marvel Studio, LLC;

The Gurin Company;

Pastis Productions, INC.;

NS Pictures, INC;

John Likens, an individual;

Ryan Reynolds, an individual.

DATED: July 8, 2026,                                              DOBBINS LAW

_____

Brittney R. Dobbins, esq.
Attorney for Darrin Henson

2

NOTICE OF INTERESTED PARTIES

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of using font type of Times New Roman and a point size of 14.


DATED: July 8, 2026                          DOBBINS LAW

                                             _____
                                             Brittney R. Dobbins, esq.
                                             Attorney for Darrin Henson

CERTIFCATION OF COMPLIANCE