AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| DARRIN HENSON, an individual, | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| SONY MUSIC ENTERTAINMENT, RICHMOND STREET PRODUCTIONS, LLC, EPIC GAMES, INC., LANCE BASS, an individual, NICHOLAS PAULEY, an individual, and DOES 1 through 10, inclusive, | ) ) ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  2:26 cv 07142 HDV ROA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RICHMOND STREET PRODUCTIONS, LLC
C/O 1505 CORPORATION
CSC   LAWYERS INCORPORATING SERVICE
2710 Gateway Oaks Drive
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   BRITTNEY DOBBINS
9465 Wilshire Boulevard
Suite 300
PMB #3140
Beverly Hills, CA 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*