| Attorney or Party without Attorney:<br>Brittney R. Dobbins (SBN 299768)<br>DOBBINS LAW<br>9465 Wilshire Boulevard Suite 300, PMB #3140<br>Beverly Hills, CA 90212<br>_Telephone No:_  770-727-3474 | | For Court Use Only |
|---|---|---|
| _Attorney For:_  Plaintiff | _Ref. No. or File No.:_<br>2:26-CV-07142-HDV-RAO | |
| _Insert name of Court, and Judicial District and Branch Court:_<br>UNITED STATES DISTRICT COURT for the Central District of California | | |
| _Plaintiff:_  DARRIN HENSON, an individual<br>_Defendant:_  SONY MUSIC ENTERTAINMENT; ET AL | | |

| **PROOF OF SERVICE** | _Hearing Date:_ | _Time:_ | _Dept/Div:_ | _Case Number:_<br>2:26-cv-07142-HDV-RAO |
|---|---|---|---|---|

1. _At the time of service I was at least 18 years of age and not a party to this action._

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice to Parties of Court-Directed ADR Program; Notice of Assignment to United States Judges

3.   a.  _Party served:_    EPIC GAMES, INC.
     b.  _Person served:_    Sarai Marin, Authorized to Accept service for CT Corporation System, Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4. _Address where the party was served:_   330 North Brand Boulevard, Glendale, CA 91203

5. _I served the party:_
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 06 2026 (2) at: 12:40 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)             d. **_The Fee_** for Service was:  $100.62
   **b. FIRST LEGAL**
     1517 W. Beverly Blvd.
     LOS ANGELES, CA 90026
   c. (213) 250-1111

7. _**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**_

<table>
<tr><td>08/06/2026</td><td></td></tr>
<tr><td><em>(Date)</em></td><td><em>(Signature)</em></td></tr>
</table>



**PROOF OF
SERVICE**

_16542855_
_(17871927)_